IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20745
Conference Calendar

_____


JOE HENRY MACK,

                                        Plaintiff-Appellant,


versus


JOHN KLEVENHAGEN,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-2955
- - - - - - - - - -
April 16, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Joe Henry Mack, Texas prisoner # 671331, moves this court

for leave to proceed *in forma pauperis* (IFP) on appeal from the

grant of summary judgment in favor of the Defendant and the

dismissal of his civil rights complaint.  On January 9, 1997,

Chief Judge Politz ordered Mack to file an affidavit for leave to

proceed IFP on appeal pursuant to the Prison Litigation Reform

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Act of 1995 (PLRA). The order held Mack's appeal in abeyance for 30 days pending payment of the $105 filing fee or submittal of the required documents pursuant to the PLRA. Mack timely responded; however, the documentation submitted by Mack does not comply with the requirements imposed by the PLRA because he did not submit a signed affidavit attesting to his assets owned, nor did Mack submit information regarding his prison trust account for the period required. *See* § 1915(a). Accordingly, Mack's motion for leave to proceed IFP on appeal is DENIED, and his appeal is dismissed for want of prosecution. *See* FIFTH CIRCUIT RULE 42.3. Should Mack wish to reinstate his appeal, he is instructed to pay the $105 filing fee to the clerk of the district court within 30 days from the date of this order.

MOTION DENIED. APPEAL DISMISSED.